UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

---------------------------------------------------------------x
STEVE FIFIELD, Individually and on behalf
of all others similarly situated,

          Plaintiff,

v.

GREEN MOUNTAIN COFFEE ROASTERS,
INC., ROBERT P. STILLER, LAWRENCE
J. BLANFORD, and FRANCES G. RATHKE,

          Defendants.
---------------------------------------------------------------x

Case No. 2:12-cv-00091-WKS

**CLASS ACTION**

## WITHDRAWAL OF MOTION OF WILLIAM CONROY FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL

William Conroy ("Mr. Conroy") hereby withdraws his motion for appointment as Lead Plaintiff and for approval of his selection of Izard Nobel LLP as Lead Counsel in the above-captioned action [Dkt. Nos. 6 and 7]. Based on a review of the submissions of the competing movants for appointment as Lead Plaintiff in this action, it appears that Kambiz Golesorkhi ("Mr. Golesorkhi") has the largest financial interest in this litigation. If Mr. Golesorkhi is not found to be typical or adequate to represent the Class, as required by 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(cc), or is otherwise unable or unwilling to serve as lead plaintiff, Mr. Conroy, the movant with the second largest individual losses in this action, remains able and willing to fulfill the responsibilities of lead plaintiff and/or class representative.

This withdrawal is made without prejudice to the rights of Mr. Conroy to participate in this action as a member of the proposed class and to share in any settlement or recovery.

DATED: July 20, 2012                    Respectfully submitted,

                                                       ELLIS BOXER & BLAKE

                                                      By:   /s/ Robert D. Mabey
                                                      Robert D. Mabey
                                                      Andrew C. Boxer
                                                      24 Summer Hill Street
                                                      Post Office Box 948
                                                      Springfield, Vermont 05156
                                                      Tel.:  (802) 885-2141
                                                      Fax:  (802) 885-2131
                                                      rdmabey@ ellisboxer.com
                                                      acboxer@ellisboxer.com

                                                    **IZARD NOBEL LLP**

                                                     Jeffrey S. Nobel
                                                     Mark P. Kindall
                                                     Nancy A. Kulesa
                                                     29 South Main Street, Suite 215
                                                     West Hartford, Connecticut  06107
                                                     mkindall@izardnobel.com
                                                     jnobel@izardnobel.com
                                                     nkulesa@izardnobel.com

                                                     *Attorneys for William Conroy*