UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| STEVE FIFIELD, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN MOUNTAIN COFFEE ROASTERS, INC., *et al.*<br><br>Defendants. | Case No. 2:12-cv-00091-WKS |

**STIPULATED MOTION FOR FILING OF AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO**

Pursuant to Local Rule 7(a), for the reasons recited below, the parties to the above-captioned actions jointly request that the Court order the schedule set forth below, and have stipulated to such schedule pursuant to Local Rule 7(a)(7):

WHEREAS, on May 7, 2012, plaintiff Steve Fifield filed a class action complaint, against Green Mountain Coffee Roasters, Inc., Robert P. Stiller, Lawrence J. Blanford, and Frances G. Rathke, (collectively, "Defendants"), alleging violations of the Securities Exchange Act of 1934;

WHEREAS, on July 31, 2012, this Court appointed Kambiz Golesorkhi as lead plaintiff and approved his selection of the firm of Kahn Swick & Foti, LLC ("KSF") as lead counsel;

NOW, THEREFORE, the parties, through their undersigned attorneys and subject to this Court's approval, stipulate and agree to the following:

1. Defendants are not required to answer or respond to the initial complaint filed by Fifield on May 7, 2012.

2. Within seventy (70) days of the Court's approval of this stipulation, lead plaintiff shall file and serve an amended complaint.

3. Defendants shall move, answer or otherwise respond to the amended complaint within seventy (70) days after the filing of the amended complaint.

4. If Defendants move to dismiss the consolidated amended complaint, lead plaintiffs shall file and serve their opposition within forty-five (45) days after the filing of any motions to dismiss.

5. If Defendants move to dismiss the amended complaint and lead plaintiff file an opposition to such a motion, Defendants shall file and serve their reply to any opposition made by lead plaintiff within thirty (30) days after the filing of lead plaintiffs' opposition.

6. This Stipulation is without prejudice to any and all rights or defenses that the parties have under law, including any and all jurisdictional defenses.

**IT IS SO STIPULATED:**

| | |
|---|---|
| *Counsel for Defendant Green Mountain Coffee Roasters, Inc.* | *Counsel for Lead Plaintiffs* |
| /s/ Matthew S. Borick | /s/ Dennis J. Johnson |
| Robert B. Luce | Dennis J. Johnson |
| Matthew S. Borick | Eben F. Duval |
| DOWNS RACHLIN MARTIN PLLC | JOHNSON & PERKINSON |
| Courthouse Plaza | P.O. Box 2305 |
| 199 Main Street | 1690 Williston Road |
| P.O. Box 190 | South Burlington, VT 05403 |
| Burlington, VT 05402-0190 | (802) 862-0030 |
| Telephone: 802-863-2375 | (802) 862-0060 (fax) |
| Facsimile: 802-862-7512 | |
| bluce@drm.com | *Local Counsel for Kambiz* |
| mborick@drm.com | *Golesorkhi* |
| | |
| Randall W. Bodner | Kim E. Miller |
| Anne Johnson Palmer | Lewis S. Kahn |
| Michael J. Vito | KAHN SWICK & FOTI, LLC |
| ROPES & GRAY LLP | 500 Fifth Avenue, Ste. 1810 |

30451537_3

Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7878
Facsimile: (617) 235-0569
randall.bodner@ropesgray.com
anne.johnsonpalmer@ropesgray.com
michael.vito@ropesgray.com

*Counsel for Defendants Lawrence J. Blanford, Frances G. Rathke, Robert P. Stiller, Barbara D. Carlini, William D. Davis, Jules A. del Vecchio, Hinda Miller, David E. Moran, and Michael J. Mardy*


/s/ Robert B. Hemley
Robert B. Hemley
Matthew B. Byrne
GRAVEL AND SHEA
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT 05402-0369
rhemley@gravelshea.com
mbyrne@gravelshea.com
Telephone: (802) 658-0220
Facsimile: (802) 658-1456

New York, NY 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
206 Covington Street
Madisonville, LA 70447
Phone: (504) 455-1400
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com
lewis.kahn@ksfcounsel.com

*Lead Counsel for Lead Plaintiff*


Dated:   August 13, 2012


**IT IS SO ORDERED:**

_____
William K. Sessions, III
U.S. District Court Judge

-3-

30451537_3

## CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2012, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF counsel:

Dennis J. Johnson
David A. Rosenfeld
Philip C. Woodward
Andrew C. Boxer
Robert D. Mabey

                                                  /s/ Matthew S. Borick
                                                  Matthew S. Borick

30451537_3