UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| STEVE FIFIELD, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GREEN MOUNTAIN COFFEE ROASTERS, INC., *et al.*<br><br>Defendants. | Case No. 2:12-cv-00091-WKS |

## JOINT STIPULATED MOTION FOR EXTENSIONS OF PAGE LIMITATIONS

Pursuant to Local Rules 7(a)(4) and 7(a)(5), for the reasons recited below, the parties to the above-captioned action jointly request that the Court grant the requested page limit extensions set forth below, and have stipulated to such extensions pursuant to Local Rule 7(a)(7):

WHEREAS, on October 23, 2012, Lead Plaintiffs Kambiz Golesorkhi and William C. Daley filed a 46-page Amended Complaint for Violations of the Federal Securities Laws (the "Amended Complaint"), D.E. No. 22, which asserts claims for violations of Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act"), and Rule 10b-5 thereunder, and Section 20(a) of the Exchange Act, against corporate defendant Green Mountain Coffee Roasters, Inc. and against individual defendants Robert P. Stiller, Lawrence J. Blanford, and Frances G. Rathke (collectively, "Defendants");

WHEREAS, Defendants intend to file motions to dismiss the Amended Complaint;

WHEREAS, good cause exists for the relief requested in this Motion because, based on the complexity of the legal issues presented by the Plaintiffs' claims at issue, particularly in light of the

1

heightened pleading requirements for securities fraud actions imposed by, *inter alia*, the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4(b)(1), and Rule 9(b) of the Federal Rules of Civil Procedure, the parties reasonably believe that the page limitations stated in Local Rules 7(a)(4) and 7(a)(5) will not be sufficient to address all matters likely to be raised in the briefing on Defendants' motions to dismiss;

NOW, THEREFORE, the parties, through their undersigned attorneys and subject to this Court's approval, stipulate and agree to the following relief, and respectfully request the Court to grant the same:

1. Defendant Green Mountain Coffee Roasters, Inc. may file a 30-page memorandum in support of its motion to dismiss the Amended Complaint.

2. Plaintiffs may file a 45-page memorandum in support of their opposition to Defendants' motions to dismiss the Amended Complaint.

3. Defendants may file 15-page reply briefs in response to Plaintiffs' opposition to Defendants' motions to dismiss the Amended Complaint.

**IT IS SO STIPULATED:**

| *Counsel for Defendant Green Mountain Coffee Roasters, Inc.* | *Local Counsel for Lead Plaintiffs* |
|---|---|
| /s/ Matthew S. Borick | /s/ Dennis J. Johnson |
| Robert B. Luce | Dennis J. Johnson |
| Matthew S. Borick | Eben F. Duval |
| DOWNS RACHLIN MARTIN PLLC | JOHNSON & PERKINSON |
| Courthouse Plaza | P.O. Box 2305 |
| 199 Main Street | 1690 Williston Road |
| P.O. Box 190 | South Burlington, VT 05403 |
| Burlington, VT 05402-0190 | (802) 862-0030 |
| Telephone: 802-863-2375 | (802) 862-0060 (fax) |

Facsimile: 802-862-7512
bluce@drm.com
mborick@drm.com

Randall W. Bodner (admitted *pro hac vice*)
R. Daniel O'Connor *(pro hac vice* application pending)
Anne Johnson Palmer (admitted *pro hac vice*)
Michael J. Vito (admitted *pro hac vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7878
Facsimile: (617) 235-0569
randall.bodner@ropesgray.com
daniel.oconnor@ropesgray.com
anne.johnsonpalmer@ropesgray.com
michael.vito@ropesgray.com

*Counsel for Defendants Lawrence J. Blanford, Frances G. Rathke, and Robert P. Stiller*

/s/ Robert B. Hemley
Robert B. Hemley
Matthew B. Byrne
GRAVEL AND SHEA
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT 05402-0369
rhemley@gravelshea.com
mbyrne@gravelshea.com
Telephone: (802) 658-0220
Facsimile: (802) 658-1456

*Lead Counsel for Lead Plaintiff and the Class*

Kim E. Miller (admitted *pro hac vice)*
Lewis S. Kahn
KAHN SWICK & FOTI, LLC
500 Fifth Avenue, Ste. 1810
New York, NY 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
206 Covington Street
Madisonville, LA 70447
Phone: (504) 455-1400
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com
lewis.kahn@ksfcounsel.com

Dated:   January 17, 2013

**IT IS SO ORDERED:**

 

_____
William K. Sessions, III
U.S. District Court Judge

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 17, 2013, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system.  The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF counsel:

   Dennis J. Johnson, djohnson@jpclasslaw.com
   Andrew C. Boxer, acboxer@ellisboxer.com
   Robert D. Mabey, rdmabey@ellisboxer.com

   I further certify that I mailed or e-mailed a copy of the foregoing document to the following non-NEF counsel:

   Kim E. Miller , Esq.
   Kahn Swick & Foti, LLC
   500 Fifth Avenue, Suite 1810
   New York, NY 10110
   kim.miller@ksfcounsel.com

   Robert B. Hemley, rhemley@gravelshea.com
   Matthew B. Byrne, mbyrne@gravelshea.com

            /s/ Matthew S. Borick
            Matthew S. Borick

13909431.1