UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| STEVE FIFIELD, Individually And<br>On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>GREEN MOUNTAIN COFFEE ROASTERS<br>INC., ROBERT P. STILLER, LAWRENCE J.<br>BLANFORD, and FRANCES G. RATHKE,<br><br>    Defendants | Case: 2:12-CV-00091-wks<br><br>CLASS ACTION |

**JOINT STIPULATED MOTION TO EXTEND
BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to Local Rule 7(a), for the reasons recited below, the parties to the above-captioned actions jointly request that the Court extend the briefing schedule on Defendants' motions to dismiss as set forth below, and have stipulated to such schedule pursuant to Local Rule 7(a)(7):

WHEREAS, on December 13, 2012, Defendants filed a Consented to Motion for Extension of Time for Defendants' Responses to the Amended Complaint [Doc. # 27], wherein they requested and were subsequently granted [Doc. # 28] an extension of two weeks to respond to Plaintiffs' amended complaint;

WHEREAS, on January 17, 2013, Defendants filed three separate motions to dismiss [Doc. #s 29, 30, and 32];

WHEREAS, Defendants' three motions to dismiss contain more than 750 pages combined, including exhibits attached thereto;

WHEREAS, pursuant to this Court's Order [Doc. # 28], Plaintiffs' opposition to Defendants' motions to dismiss is currently due on March 4, 2013;

WHEREAS, pursuant to this Court's Order [Doc. # 28], Defendants' reply to any opposition made by Plaintiffs is currently due on April 3, 2013;

WHEREAS, this Motion is not made for the purpose of delay, and the requested extension is required so that the parties may fully research and brief Defendants' motions to dismiss, particularly in light of the complexity of the legal issues presented in this matter;

NOW, THEREFORE, the parties, through their undersigned attorneys and subject to this Court's approval, stipulate and agree to the following relief, and respectfully request the Court to grant the same:

1. Plaintiffs shall file and serve their opposition to Defendants' motions to dismiss on or before March 25, 2013; and

2. Defendants shall file and serve their reply to any opposition made by Plaintiffs on or before May 17, 2013.

**IT IS SO STIPULATED:**

| *Counsel for Defendant Green Mountain Coffee Roasters, Inc.* | *Local Counsel for Lead Plaintiffs* |
|---|---|
| /s/ Matthew S. Borick | /s/ Dennis J. Johnson |
| Robert B. Luce | Dennis J. Johnson |
| Matthew S. Borick | Eben F. Duval |
| DOWNS RACHLIN MARTIN PLLC | JOHNSON & PERKINSON |
| Courthouse Plaza | P.O. Box 2305 |
| 199 Main Street | 1690 Williston Road |
| P.O. Box 190 | South Burlington, VT 05403 |

Burlington, VT 05402-0190
Telephone: 802-863-2375
Facsimile: 802-862-7512
bluce@drm.com
mborick@drm.com

Randall W. Bodner
R. Daniel O'Connor
Anne Johnson Palmer
Michael J. Vito
(admitted *pro hac vice*)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 951-7000
Facsimile: (617) 951-7050
randall.bodner@ropesgray.com
daniel.oconnor@ropesgray.com
anne.johnsonpalmer@ropesgray.com
michael.vito@ropesgray.com

(802) 862-0030
(802) 862-0060 (fax)

Kim E. Miller
(admitted *pro hac vice*)
Lewis S. Kahn
KAHN SWICK & FOTI, LLC
500 Fifth Avenue, Ste. 1810
New York, NY 10110
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
206 Covington Street
Madisonville, LA 70447
Phone: (504) 455-1400
Facsimile: (504) 455-1498
kim.miller@ksfcounsel.com
lewis.kahn@ksfcounsel.com

*Lead Counsel for Lead Plaintiff and the Class*

*Counsel for Defendants Lawrence J. Blanford,*
*Frances G. Rathke, and Robert P. Stiller*

/s/ Robert B. Hemley
Robert B. Hemley
Matthew B. Byrne
GRAVEL AND SHEA
76 St. Paul Street, 7th Floor
P. O. Box 369
Burlington, VT 05402-0369
rhemley@gravelshea.com
mbyrne@gravelshea.com
Telephone: (802) 658-0220
Facsimile: (802) 658-1456

Dated:   February 27, 2013

    **IT IS SO ORDERED:**

                    William K. Sessions, III
                    U.S. District Court Judge

## CERTIFICATE OF SERVICE

      I hereby certify that on February 27, 2013, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF counsel:

      Anne J. Palmer
      Matthew S. Borick
      Michael J. Vito
      R. Daniel O'Connor
      Randall W. Bodner
      Robert B. Luce
      Robert B. Hemley

      /s/ Dennis J. Johnson